UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
FEDERAL INSURANCE COMPANY,
                                            Plaintiff,

                            -against-

MT. HAWLEY INSURANCE COMPANY,
                                        Defendant.
------------------------------------------------------------- X

24 Civ. 1557 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff argued in its cross-motion for summary judgment that the coverage provided by Defendant's policies is primary to that provided by Plaintiff's policies. It is hereby

      **ORDERED** that by **February 5, 2025**, Plaintiff shall file on the docket its primary and excess policies issued to Wieden & Kennedy, Inc. covering the relevant time period.

New York, New York
Dated: February 3, 2025

                                                                              LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE