UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,
                              Plaintiff,

-against-                              24 Civ. 1557 (LGS)

MT. HAWLEY INSURANCE COMPANY,          **ORDER**
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 11, 2024, Defendant filed its reply in support of its motion for summary judgment and opposition to Plaintiff's motion for summary judgment. The reply states that Defendant "reserves all rights as to [Plaintiff's] contention that the [Defendant's] [p]olicies provide coverage that is primary to that provided by the [Plaintiff's] policies" (the "Plaintiff's Primacy Argument") because Plaintiff "has never produced its own policies in discovery nor placed them in the record."

WHEREAS, pursuant to the Order, dated February 3, 2025, Plaintiff filed its policies at Dkt. No. 47. It is hereby

**ORDERED** that by **March 21, 2025**, Defendant may file, in a letter not to exceed three pages single spaced, any argument addressing Plaintiff's Primacy Argument.

Dated: March 18, 2025
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE