UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                Plaintiff,

-against-                            24 **CIVIL** 1557 (LGS)

## JUDGMENT

MT. HAWLEY INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 26, 2025, summary judgment is GRANTED to Federal and DENIED to Mt. Hawley. It is hereby declared that (1) Mt. Hawley has a duty to indemnify W&K, pursuant to the Mt. Hawley policies, for liabilities incurred by W&K in the Underlying Action; and (2) Mt. Hawley's duty to indemnify is primary to the insurance coverage issued to W&K by Federal. It is hereby ORDERED that Mt. Hawley shall reimburse Federal for all indemnity payments made by Federal on W&K's behalf up to the amount of insurance to the extent required and provided for in the W&K/Conelle Contract. Accordingly, the case is closed.

**Dated:** New York, New York

      March 27, 2025

                                            **TAMMI M HELLWIG**
                                              **Clerk of Court**

                    **BY:**
                                              **Deputy Clerk**